**FILED**

May 15, 2023

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

From: Shonna Lynn Calaway [McPhail]
C/O Shonna Calaway #56251-177
FMC Carswell
P.O. Box 27137
Fort Worth, TX [76127]



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY    2023
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

**To:** United States District Court
Attn: Clerk
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

5:23-CV-105-C

## AN AUTHENTICATED FOREIGN DOCUMENT

## HAGUE CONVENTION, 5 OCTOBER 1961

## AFFIDAVIT FOR: PUBLIC NOTICE, HONARABLE CLARIFICATIONS

### 48 CFR CH. 1, 53.228 BONDS AND INSURANCE

### 48 CFR CH. 1 53.228

# AFFADAVIT OF NOTICE

## RE: 5:17-CR-00081-C (01)

Page 1

To Whom it may Concern:

Enclosed is the Original UCC filing 20222077047 from the Secretary of State of **COLORADO** for Cause/Account No: 5:17-CR-00081-C-1.

Please be advised that the Secured Party has Accepted for Value as I am now the Holder-In-Due-Course of any/all documents.

Therefore, I hereby revoke and rescind my signature for good cause of any/all document(s) as identified above, and hereby revoke any/all Power of Attorney held by the State of TEXAS/WASHINGTON D.C. over my Personal and/or Property. This document is the preparation of the undersigned.

## 48 CFR Ch. 1 53.228 Bonds and Insurance

**The following standard forms are prescribed for use for bond and insurance requirements, as specified in part 28: (a) SF 24 (Rev.10/98) Bid Bond. (See 28.106-1.) SF 24 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose-leaf edition of the FAR. (b) SF 25 (Rev. 5/96) Performance Bond. (See 28.106-l(b).) SF 25 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose-leaf edition of the FAR. (c) SF 25-A (Rev. 10/98) Payment Bond. (See 28.106-l(c).) SF 25-A is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose-leaf edition of the FAR. (d) SF 25-B (Rev. 10/83), Continuation Sheet (For Standard Forms 24, 25, and 25-A). (See 28.106-l(d).) (e) SF 28 (Rev. 6/03) Affidavit of Individual Surety. (See 28.106-l(e) and Part 53 of the loose-leaf edition of the FAR. (o) OF 25a (Rev.8/2016), Payment Bond on Real Property. (See 28.106-l(o) and 28.203-5(a).) OF 25a is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose-leaf edition of the FAR.(p) OF 91 (Rev. 1190), Release of Personal Property from Escrow. (See 28.106-l(p) and 28.203-5(a).) OF 91 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR. [48 FR 42637, Sept. 19, 1983, as amended at 53 FR 43395, Oct. 26, 1988; 54 FR 48998, Nov. 28, 1989; 55 FR 25534, June 21, 1990; 55 FR 52801, Dec. 21, 1990; 59 FR 67061, Dec. 28, 1994; 61 FR 39214, July 26, 1996; 63 FR 58603, Oct. 30, 1998; 63 FR 70293, Dec. 18, 1998; 64 FR 10549, Mar. 4, 1999; 68 FR 28088, May 22, 2003).**

### 48 CFR Ch.1 53.228:

**Bonds and insurance. General Services Administration bonds, GSA forms OF 25a Release of Lien on Real Property, of 91 Release of Personal Property from Escrow, sf28 Affidavit of Individual Surety, and various bid, performance and payment bonds, such as sf24 Bid Bond, sd25 Performance Bond and sf25A Payment Bond, sf1418 Performance Bond, sf1416 Payment Bond, as well as the Miller Act bonds sf273 Bid Bond, sf274 Performance Bond and sf275 Payment Bond are <u>viable options for the accused defendant/prisoner to use to replace and redeem the bonds sold by the Court in regard to the accused defendant/prisoner's judgment and sentence</u>.**

## PUBLIC HAZARD BONDING OF CORPORATE AGENTS

All officials are required by federal. state, and municipal law to provide the name. address. and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and. if required. a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personality to secure their public oath and service of office.

### Let it be known to the Court(s) Collector(s) and ANY/All Officers:

A commercial lien (90-day grace period before levying) may be used by a citizen to collect a debt or to secure a promised service/oath of a public official by seizing the property of the public official to secure privately and/ or publicly the bond of the official. When an immediate specific performance is required of an official instead of the general protection of the public, the instant process is called a distress or distress infinite, which because it has no grace period before impoundment, must be pre- bonded. Commercial Liens are not Common Law Liens. Commercial Liens are Declarations of Obligation (15 USC) and as such are no part of the common law process except:

A. A lien may be enforced by a levy on the lien by the Sheriff after a 90-day acquiescence of the lien debtor, or

B. Be challenged by the lien debtor in a Jury Trial duly convened by the Sheriff within 90 days at the request of the lien debtor pursuant to the 7th Amendment of the US Constitution or an identical state provision. Said Jury Trial must be duly convened and properly conducted meaning, in part, that all affidavits must be categorically point-to-point rebutted, all issues are subject to full disclosure and discovery, and the jury may not retire to the jury room to homogenize the verdict.

C. Furthermore, upon determination of this court that jurisdiction did and is, in fact lacking in the cause in question, any act (or future acts) of detention, arrest, incarceration, or physical harm to Shonna Lynn Calaway®, Sui Juris, a real flesh and blood State Citizen is assigned the minimum monetary values as precedent established by Trezevant v. City of Tampa, 741 D. 2d 336 (1984), where the court awarded $25,000 per 23 minute period, i.e. $65,217.39 per hour, plus punitive damages in the amount decided solely by Shonna Lynn Calaway, Sui Juris, Secured Party.

The Secured Party shall pursue damages for injuries via his administrative process and procedures according to the Common Laws of the land

Please send confirmation of such adjustments as well and please return a Time Stamp/Discharged copy back to me at the above address, as an extra copy of this document is being sent to you as well.

I am thanking you in advance for your time in this matter.

If there is any confusion of discharging the attached Case with a Time Stamped Copy showing discharged to the DEBTOR; SHONNA LYNN CALAWAY; please have Clerk/Agent informed the Secured Party **Shonna Lynn Callaway** so, he may request to Clerk to put a court date on the Docket/Invoice sheet to imposed a complete discharge.

Dated and Executed by my own hand _14_ day of August 2022.

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

### (Applicable to all Successors and Assigns)

Respectfully Submitted

*Shonna - Lynn: Calaway*
Shonna-Lynn: Calaway

**THIS PROPERTY IS**

**ACCEPTED FOR VALUE**

**EXEMPT FROM LEVY**

*Shonna-Lynn:Calaway*

Shonna-Lynn:Calaway                    August *14*, 2022

Employer ID:44-0627987

Invoice Number: 5:17-CR-00081-C-1-SLC

Accounting Information Cause:: : 5:17-CR-00081-C-1-SLC

Attached Receipts (8)

Page **6**

The following STAMP is placed upon the creditor Claim/Bill/Presentment/etc. at a 45 degree angle

**THIS PROPERTY IS ACCEPTED**
**FOR VALUE AND EXEMPT FROM LEVY**
**PLEASE ADJUST THIS ACCOUNT**
**AND RELEASE ALL PROCEEDS,**
**PRODUCTS, ACCOUNTS, FIXTURES**
**AND ORDERS TO ME IMMEDIATELY**
/s/ _Thomas Jun' Calaway_ **EIN#** _44-0627987_
**INVOICE#** _5:17-CR.00081-C-1-SLC_

Signature

44-0627987

5:17-CR-00081-C-1-SLC

# United States District Court
## Northern District of Texas
### Lubbock Division

UNITED STATES OF AMERICA

v.

SHONNA LYNN CALAWAY
Defendant.

Case Number: 5:17-CR-00081-C(01)
USM No. 56251-177

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, SHONNA LYNN CALAWAY, was represented by David E. Sloan.

The defendant pleaded guilty to count 1 of the indictment filed September 13, 2017. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | Enticement Of A Minor | 12/31/2016 | 1 |

As pronounced on February 9, 2018, the defendant is sentenced as provided in pages 1 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1 of the indictment, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in the defendant's economic circumstances.

Signed this the 9th day of February, 2018.

_____
SENIOR DISTRICT JUDGE SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment — Page 2 of 4

DEFENDANT:     SHONNA LYNN CALAWAY
CASE NUMBER:   5:17-CR-00081-C(01)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 188 months as to count 1.

The defendant shall remain in the custody of the U.S. Marshal Service.

The court recommends placement at FMC Carswell, Fort Worth, Texas.

# RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on _____ to _____

at_____, with a certified copy of this judgment.



_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 3 of 4

DEFENDANT:          SHONNA LYNN CALAWAY
CASE NUMBER:        5:17-CR-00081-C(01)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 10 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☒   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

☐   The defendant shall participate in an approved program for domestic violence.

☐   The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Fine and Restitution sheet of the judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  The defendant shall not leave the judicial district without the permission of the court or probation officer.
2)  The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3)  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4)  The defendant shall support his or her dependents and meet other family responsibilities.
5)  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6)  The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7)  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8)  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9)  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 4 of 4

DEFENDANT:            SHONNA LYNN CALAWAY
CASE NUMBER:         5:17-CR-00081-C(01)

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall have no unsupervised contact with persons under the age of 18, nor shall the defendant loiter near places where children may frequently congregate. The defendant shall neither seek nor maintain employment or volunteer work at any location and/or activity where persons under the age of 18 congregate and the defendant shall not date or befriend anyone who has children under the age of 18, without prior permission of the probation officer.

2.  The defendant shall not possess, have access to, or utilize a computer or Internet connection device, including, but not limited to Xbox, PlayStation, Nintendo, or similar device, without permission of the probation officer.

3.  The defendant shall neither possess nor have under her control any sexually oriented, or sexually stimulating materials of adults or children. The defendant shall not patronize any place where such material is available.

4.  The defendant shall participate in sex offender treatment services, as directed by the probation officer, until successfully discharged. These services may include psycho-physiological testing (i.e. clinical polygraph, plethysmograph, and the ABEL screen) to monitor the defendant's compliance, treatment progress, and risk to the community. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

5.  The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

6.  The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

## CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 1467, it is hereby ordered that defendant's interest in the following property is condemned and forfeited to the United States: one white Apple iPhone 5S cellular telephone, IMEI 01398700657594.

# United States District Court

## Northern District of Texas
### Lubbock Division

UNITED STATES OF AMERICA

v.

SHONNA LYNN CALAWAY
Defendant.

Case Number: 5:17-CR-00081-C(01)
USM No. 56251-177

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, SHONNA LYNN CALAWAY, was represented by David E. Sloan.

The defendant pleaded guilty to count 1 of the indictment filed September 13, 2017. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | Enticement Of A Minor | 12/31/2016 | 1 |

As pronounced on February 9, 2018, the defendant is sentenced as provided in pages 1 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1 of the indictment, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in the defendant's economic circumstances.

Signed this the 9th day of February, 2018.

SENIOR DISTRICT JUDGE SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 2 of 4

DEFENDANT:    SHONNA LYNN CALAWAY
CASE NUMBER:    5:17-CR-00081-C(01)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 188 months as to count 1.

The defendant shall remain in the custody of the U.S. Marshal Service.

The court recommends placement at FMC Carswell, Fort Worth, Texas.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 3 of 4

DEFENDANT:     SHONNA LYNN CALAWAY
CASE NUMBER:   5:17-CR-00081-C(01)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 10 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*
    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☒   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

☐   The defendant shall participate in an approved program for domestic violence.

☐   The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Fine and Restitution sheet of the judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 4 of 4

DEFENDANT:         SHONNA LYNN CALAWAY
CASE NUMBER:    5:17-CR-00081-C(01)

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall have no unsupervised contact with persons under the age of 18, nor shall the defendant loiter near places where children may frequently congregate. The defendant shall neither seek nor maintain employment or volunteer work at any location and/or activity where persons under the age of 18 congregate and the defendant shall not date or befriend anyone who has children under the age of 18, without prior permission of the probation officer.

2.  The defendant shall not possess, have access to, or utilize a computer or Internet connection device, including, but not limited to Xbox, PlayStation, Nintendo, or similar device, without permission of the probation officer.

3.  The defendant shall neither possess nor have under her control any sexually oriented, or sexually stimulating materials of adults or children. The defendant shall not patronize any place where such material is available.

4.  The defendant shall participate in sex offender treatment services, as directed by the probation officer, until successfully discharged. These services may include psycho-physiological testing (i.e. clinical polygraph, plethysmograph, and the ABEL screen) to monitor the defendant's compliance, treatment progress, and risk to the community. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

5.  The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

6.  The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

## CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 1467, it is hereby ordered that defendant's interest in the following property is condemned and forfeited to the United States: one white Apple iPhone 5S cellular telephone, IMEI 01398700657594.

## Exhibit "A"

### Filed UCC 1; 1 a.d.

### Form 56

### W8 BEN

### HOLD HARMLESS

### COMMON LAW COPYRIGHT

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 07/27/2022 06:02:18 PM
Master ID: 20222077047
Validation Number: 20222077047
Amount: $8.00

---

**Debtor: (Organization)**

Name: SHONNA LYNN MCPHAIL TRUST

Address1: P.O. BOX 330111

Address2:

City: FORT WORTH          State: TX          ZIP/Postal Code: 76163

Province:                 Country: United States

Collateral is held in a Trust.

---

**Debtor: (Organization)**

Name: SHONNA LYNN MCPHAIL; NON-ADVERSE; NON-
BELLIGERENT; NON-COMBATANT PRIVATE
FOUNDATION

Address1: P.O. BOX 330111

Address2:

City: FORT WORTH          State: TX          ZIP/Postal Code: 76163

Province:                 Country: United States

The debtor is a transmitting utility.

---

**Secured Party: (Individual)**

Last name: McPhail          First name: Shonna-    Middle name:              Suffix:
                            Lynn:

Address1: c/o 4151 Oakcrest Lane

Address2:

City: Fort Worth          State: TX          ZIP/Postal Code: 76126

Province:                 Country: United States

---

**Collateral**

**Description:**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; SHONNA LYNN
MCPHAIL TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value
therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not
limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all
the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the
energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or
endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, Ens
legis/Trust/Estate described as the debtor and all property is

---

**Collateral**

**Description:**

accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still
owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust
entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property
is hereby registered and liened in the same: All Certificates of Birth Document 135-69-025361, SSN/UCC
Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 440627987,
is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No.
07311969-SLM-SA, Hold Harmless & Indemnity Agreement No.

---

**Collateral**

**Description:**

07311969-SLM-HHIA, Copyright under item no.: 07311969-SLM-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Shonna- Lynn: McPhail, is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required.

## Collateral

**Description:**

Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

## Optional Information

### Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

# CO ATTACHMENT

File name: CO Attachment.pdf                    Uploaded: 07/27/2022 05:59:42 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Shonna- Lynn: McPhail
c/o 4151 Oakcrest Lane
Fort Worth, Texas [ 76126 ]
Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SHONNA LYNN MCPHAIL TRUST© | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 330111 | FORT WORTH | TX | 76163 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SHONNA LYNN MCPHAIL; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 330111 | FORT WORTH | TX | 76163 | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| McPhail | Shonna-Lynn: | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4151 Oakcrest Lane | Fort Worth | Texas | [ 76126 ] | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral:

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; SHONNA LYNN MCPHAIL TRUST` in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 135-69-025361, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 440627987, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 07311969-SLM-SA, Hold Harmless & Indemnity Agreement No. 07311969-SLM-HHIA. Copyright under item no.: 07311969-SLM-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Shonna- Lynn: McPhail, is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding belongs

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | | 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|---|---|
| | | ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

Date: 7/20/2022

No Documentary Tax Stamp Required

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

UCC Financing Statement - 20222077047 - Colorado Secretary of State - Page 4 of 15

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
SHONNA LYNN MCPHAIL TRUST©

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**    SUFFIX

**10c. MAILING ADDRESS**    CITY    STATE    POSTAL CODE    COUNTRY

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only **one** name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S SURNAME**    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**11c. MAILING ADDRESS**    CITY    STATE    POSTAL CODE    COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

# HOLD HARMLESS AND INDEMNITY AGREEMENT

## Non-Negotiable - Private Between the Parties:

DEBTOR:
SHONNA LYNN MCPHAIL TRUST
P.O. BOX 330111
FORT WORTH, TX 76163
...and all derivatives and variations in the spelling of said name.

TRUSTEE/SECURED PARTY:
Shonna-Lynn: McPhail
c/o 4151 Oakcrest Lane
Fort Worth, Texas [ 76126 ]
united States of America

**TRUSTS Identifying Numbers:** 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, 135-69-025361 and any hereinafter named in trust minutes. This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "SHONNA LYNN MCPHAIL TRUST'<sup>s</sup>" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "**TRUST**", except, Shonna-Lynn: McPhail, the living, breathing, flesh-and-blood man, known by the distinctive appellation Shonna-Lynn: McPhail hereinafter "Trustee".

　　　　For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 07311969-SLM-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts **TRUST**'S signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

*SHONNA LYNN MCPHAIL TRUST<sup>©</sup>*
SHONNA LYNN MCPHAIL TRUST '
**TRUST's Signature,** Copyright 1987.

**Shonna-Lynn: McPhail** - **Trustee/Secured Party's Signature,**
**Authorized Representative. All Rights Reserved, Without Prejudice/Without Recourse**

Shonna-Lynn  McPhail
Party ID: c26925c7-b8b6-45f3-9e9d-0371130r2c6a
IP Address: 104.190.181.117
Security Level: E-mail

Digital Signature:

*Shonna-Lynn  McPhail*

Multi-Factor
**Digital Fingerprint**    14b0438d0b46eb75f9c1f81abd44fd62
**Checksum**

Hold Harmless Agreement　　　　　Page 1 of 1　　　　　Item# 07311969-SLM-HHIA

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1987 SHONNA LYNN MCPHAIL TRUST.

Notice Provided Under Certified Mail No. _____

| Lawful/Legal Notice provided to: | This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense. |
|---|---|

**Copyright Notice: All rights reserved.**
Copyright of trade-name/trademark SHONNA LYNN MCPHAIL© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: SHONNA LYNN MCPHAIL ©. MCPHAIL©, SLM©, SHONNA MCPHAIL©, MCPHAIL SHONNA SL©, SL MCPHAIL© or any derivatives thereof are under Copyright 1987. Said common-law trade-name/trademark, SHONNA LYNN MCPHAIL© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.
**With the Intent of being Contractually Bound,** any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of SHONNA LYNN MCPHAIL©, and **all such unauthorized use is strictly prohibited.**
**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**
**You herein have two options for remedy of this breach of copyright:**
1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or
2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and SHONNA LYNN MCPHAIL TRUST is Secured Party, and signifies that User:
   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.
   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;
   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;
   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

| Common Law Copyright Notice | Page 1 | Item# 07311969-SLM-CLC |
|---|---|---|

# COMMON LAW COPYRIGHT NOTICE
## copyright © 1987 SHONNA LYNN MCPHAIL TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Shonna-Lynn: McPhail, Autograph Common Law Copyright 1987. Unauthorized use of "Shonna-Lynn: McPhail" incurs same unauthorized-use fees as those associated with SHONNA LYNN MCPHAIL TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: (_____)_____-_____    E-Mail: _____

Or the address provided on the envelope if mailed.

**Shonna-Lynn: McPhail TTEE, Without Prejudice/Without Recourse, On behalf of SHONNA LYNN MCPHAIL TRUST©, Copyright 1987. All Rights Reserved.**

Shonna-Lynn: McPhail
Party ID: c26925c7-b8b6-45f3-9e9d-0371130c2c6a
IP Address: 104.190.181.117
Security Level: E-mail

Digital Signature:

*Shonna-Lynn: McPhail*

Multi-Factor
**Digital Fingerprint**
Checksum

14b0438d0b46eb75f9c1f81abd44fd62

**Form 56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| **Part I** | Identification |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| SHONNA LYNN MCPHAIL TRUST© | | |

Address of person for whom you are acting (number, street, and room or suite no.)
P.O. BOX 330111

City or town, state, and ZIP code (If a foreign address, see instructions.)
FORT WORTH, TX 76163

Fiduciary's name
Janet Yellen, et al D.B.A. SECRETARY OF TREASURY      (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
1500 PENNSYLVANIA AVENUE, NORTH WEST

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| WASHINGTON, DISTRICT OF COLUMBIA [20220] | ( 202 ) 622-2000 |

## Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:
- **a** ☐ Court appointment of testate estate (valid will exists)
- **b** ☐ Court appointment of intestate estate (no valid will exists)
- **c** ☐ Court appointment as guardian or conservator
- **d** ☑ Valid trust instrument and amendments
- **e** ☐ Bankruptcy or assignment for the benefit or creditors
- **f** ☐ Other. Describe ▶
**2a** If box 1a or 1b is checked, enter the date of death ▶
**2b** If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☐ Other (describe) ▶

**4** Federal tax form number (check that apply):   **a** ☐ 706 series   **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ   **f** ☑ 1041   **g** ☐ 1120   **h** ☐ Other (list) ▶

**5** If your authority as a fiduciary does not cover all years or tax periods, check here   .   .   .   .   .   .   .   ▶ ☐
and list the specific years or periods ▶

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box   .   .   .   ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.      Cat. No. 16375I      Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                                    Page **2**

| Part II | Court and Administrative Proceedings |
|---------|--------------------------------------|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |
| City or town, state, and ZIP code    Date | Time    ☐ a.m.    ☐ p.m.    Place of other proceedings |

| Part III | Signature | See ACTUAL & CONSTRUCTIVE LEGAL NOTICE below & accompanying Signature |
|----------|-----------|----------------------------------------------------------------------|

**Please
Sign
Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ *Janet Yellen*                By appointment of:              United States Secretary of Treasury
Fiduciary's signature        SHONNA LYNN MCPHAIL TRUST         Title, if applicable                Date

Form **56** (Rev. 12-2011)

### ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you Janet Yellen have been chosen to act as fiduciary in re SHONNA LYNN MCPHAIL TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF TX, STATE OF TENNESSEE, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26),"] tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/135-69-025361 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in SHONNA LYNN MCPHAIL TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause,

**Trustee/Secured Party: Shonna-Lynn: McPhail,
on behalf of SHONNA LYNN MCPHAIL TRUST©
All Rights Reserved, Without Prejudice. UCC 1-308**

Shonna-Lynn: McPhail
Party ID: c26925c7-b8b6-45f3-9e9d-0371130c2c6a
IP Address: 104.190.181.117
Security Level: E-mail

Digital Signature

*Shonna-Lynn McPhail*

Multi-Factor
**Digital Fingerprint**      **14b0438d0b46eb75f9c1f81abd44fd62**
**Checksum**

Notice Concerning Fiduciary Relationship                                    **Item # 07311969-SLM-F56-US**
UCC Financing Statement - 20222077047 - Colorado Secretary of State - Page 10 of 15

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| SHONNA LYNN MCPHAIL TRUST © | | |

Address of person for whom you are acting (number, street, and room or suite no.)
P.O. BOX 330111

City or town, state, and ZIP code (If a foreign address, see instructions.)
FORT WORTH, TX 76163

Fiduciary's name
FRANCISCO ALICEA, et al D.B.A. SECRETARY OF TREASURY    (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
C/O DEPARTMENT DE HACIENDA, P.O. BOX 9024140

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| SAN JUAN, PUERTO RICO 00902-4140 | ( 787 ) 721-2020 |

### Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☑ Valid trust instrument and amendments
**e** ☐ Bankruptcy or assignment for the benefit or creditors
**f** ☐ Other. Describe ▶
**2a** If box 1a or 1b is checked, enter the date of death ▶
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶

**4** Federal tax form number (check all that apply): **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☑ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . ▶ ☐
and list the specific years or periods ▶

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

Complete only if the line 6 box is checked.

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                                    Page **2**

| **Part II** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
| Address of court | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time ☐ a.m. ☐ p.m. | Place of other proceedings |

| **Part III** | **Signature**    See ACTUAL & CONSTRUCTIVE LEGAL NOTICE below & accompanying Signature |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here** ▶ *FRANCISCO ALICEA*
By appointment of:
SHONNA LYNN MCPHAIL TRUST
Fiduciary's signature

Secretary of Treasury
Title, if applicable

Date

Form **56** (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you FRANCISCO ALICEA have been chosen to act as fiduciary in re SHONNA LYNN MCPHAIL TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful",** open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF TX, STATE OF TENNESSEE, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress **cannot** create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26),"] tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/135-69-025361 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in SHONNA LYNN MCPHAIL TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause,

**Trustee/Secured Party: Shonna-Lynn: McPhail,**
**on behalf of SHONNA LYNN MCPHAIL TRUST©**
**All Rights Reserved, Without Prejudice. UCC 1-308**

Shonna-Lynn: McPhail
Party ID: c26925c7-b8b6-45f3-9e9d-0371130c2c6a
IP Address: 104.190.181.117
Security Level: E-mail

*Digital Signature:*
*Shonna Lynn McPhail*

Multi-Factor
**Digital Fingerprint**
**Checksum**      14b0438d0b46eb75f9c1f81abd44fd62

Notice Concerning Fiduciary Relationship                                    **Item # 07311969-SLM-F56-PR**

UCC Financing Statement - 20220077047 - Colorado Secretary of State - Page 12 of 15

Form **W-8BEN**

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human)

▶ For use by humans. Entities must use Form W-8BEN-E.
▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben.*
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:**                                                                                         **Instead, use Form:**

- You are NOT an individual ("individual" means a "non-resident non-person non-taxpayer" under the I.R.C.) . . . . . . . . . . .   W-8BEN-E
- You are a statutory U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . .   W-9
- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S.
  (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   W-8ECI
- You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . .   8233 or W-4
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   W-8IMY

### Part I   Identification of Non-Resident Non-Taxpayer (see instructions)

| 1 | Name of human applicant <br> Shonna-Lynn: McPhail | 2 | Country of nationality <br> American National |
|---|---|---|---|

**3**  Mailing address (Not a domicile or residence.  Don't have a domicile or residence) (street, apt. or suite no., or rural route).
C/O 4151 Oakcrest Lane

| City or town, state or province. Include postal code where appropriate. <br> Fort Worth Texas Republic [ 76126 ] | Country <br> <u>united States of America</u> |
|---|---|

**4**  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|

| 5   U.S. taxpayer identification number (SSN or ITIN), if required (not required) <br> NONE (Not required.  See 31 CFR 306.10; 31 CFR 103.34(a)(3)(x); W-8BEN Inst. p. 1,2,4,5 (Cat. 25576H); W-8 Supp. Inst. p. 1,2,6 (Cat. 26698G); Pub. 515 Inst. p. 7; Form 1042-s Inst. p. 1.14) | 6   Foreign tax identifying number (see instructions) |
|---|---|

| 7   Reference number(s) (see instructions) | 8   Date of birth (MM-DD-YYYY) (see instructions) <br> 07/31/1969 |
|---|---|

### Part II   Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

**9**  I certify that the non-resident is a resident of ----------------------------- within the meaning of the income tax treaty
between the United States and that country.

**10**   **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article -----------------
of the treaty identified on line 9 above to claim a ------------------- % rate of withholding on (specify type of income): ------------------

Explain the reasons the non-resident meets the terms of the treaty article: ---------------------------------

### Part III   Certification

Under penalties of perjury from without the "United States" as defined in 28 U.S.C. §1746(1) and 26 U.S.C. §7701(a)(9) and (a)(10), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify from without the "United States" that:

- I am the human who is the non-resident (or am authorized to sign for the human that is the non-resident) of all the earnings to which this form relates or am using this form to document myself as a statutory "non-resident non-person" that is an owner or account holder of a financial institution outside the geographical "United States" per I.R.C. 7701(a)(9) and (a)(10).
- The human named on line 1 of this form is not a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. §7701(a)(30) or 26 U.S.C. §7701(c), or 26 C.F.R. §1.1441-1(c)(3) respectively, would have to hold a public office to be any of these entities, and does not consensually hold such an office.
- The earnings to which this form relates are:
  (a) not effectively connected with the conduct of a "trade or business" (public office per 26 U.S.C. §7701(a)(26)) in the United States (government),
  (b) not earned from sources within the geographical "United States" defined in 26 U.S.C. §7701(a)(9) and (a)(10),
  (c) not subject to reporting per 26 U.S.C. §6041 because not connected to a statutory "trade or business" (public office)
  (d) not subject to withholding because not statutory "income" per 26 U.S.C. §643(b) and earned by a "non-resident non-person non-taxpayer".
- The non-resident named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
- For broker transactions or barter exchanges, the non-resident is either not-subject or statutorily exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the earnings of which I am the non-resident or any withholding agent that can disburse or make payments of the income of which I am the non-resident. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here**

| See accompanying W8BEN Affidavit & Signature | July 20, 2022 |
|---|---|
| Signature of non-resident (or individual authorized to sign for non-resident) | Date (MM-DD-YYYY) |
| Shonna-Lynn: McPhail | Trustee |
| Print name of signer | Capacity in which acting (if form is not signed by non-resident) |

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 2-2014)

# W8BEN Affidavit

## (International) Commercial Affidavit

This Affidavit in regards to the W-8BEN on the obverse side is executed as Lawful **\*PUBLIC NOTICE\*** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **\*declare trustees stature as a Non-Resident/Non-Person in regards to U.S. Inc. (Id)"** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, underlined, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro tunc to 07/31/1987 the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

**Trustee/Secured Party: Shonna-Lynn: McPhail**
**All Rights Reserved, Without Prejudice. [UCC 1-308]**

Shonna-Lynn: McPhail
Party ID: c26925c7-b8b6-45f3-9e9d-0371130c2c6a
IP Address: 104.190.181.117
Security Level  E-mail

Styled Signature:



Multi-Factor
**Digital Fingerprint**
**Checksum**      14b0438d0b46eb75f9c1f81abd44fd62

Exhibit "B"

## COPY OF DISCHARGED BIRTH CERTIFICATE
## SENT TO U.S. TREASURY AND STATE ATTORNEY GENERAL

# CERTIFICATE OF LIVE BIRTH

### STATE OF OKLAHOMA – DEPARTMENT OF HEALTH

69-025361

**STATE FILE NO** 135 -

| 1 CHILD (Type or print) | NAME First *SHONNA* | Middle *LYNN* | Last *McPHAIL* | 2. DATE OF BIRTH *JULY 31, 1969* | Month Day Year | 3. HOUR *6:16 P.* |
|---|---|---|---|---|---|---|

| 4. SEX *FEMALE* | 5a. THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st ☐ 2d ☐ 3d ☐ | 6a. COUNTY OF BIRTH *STEPHENS* |
|---|---|---|---|

| 6b. CITY, TOWN, OR LOCATION OF BIRTH *DUNCAN OKLAHOMA* | 6c. INSIDE CITY LIMIT Yes ☒ No ☐ | 6d. HOSPITAL – NAME (If not in hospital, give street and number) *LINDLEY HOSPITAL* |
|---|---|---|

| 7. MOTHER MAIDEN NAME First *FAITH* | Middle *MARIE* | Last *HAYES* | 8. AGE (at time of this birth) *24* | 9. BIRTHPLACE (State or foreign country) *OKLAHOMA* |
|---|---|---|---|---|

| 10a. RESIDENCE – STATE *OKLAHOMA* | 10b. COUNTY *STEPHENS* | 10c. CITY, TOWN, OR LOCATION *DUNCAN* | 10d. INSIDE CITY LIMIT Yes ☐ No ☐ | 10e. STREET ADDRESS *1006 WOODLAWN* |
|---|---|---|---|---|

| 11. FATHER NAME First *ELBERT* | Middle *GATES* | Last *McPHAIL III* | 12. AGE (at time of this birth) *25* | 13. BIRTHPLACE (State or foreign country) *OKLAHOMA* |
|---|---|---|---|---|

| 14a. INFORMANT SIGNATURE OF EITHER PARENT x *Faith Marie McPhail* | 14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE |
|---|---|

| 15. MOTHER'S MAILING ADDRESS STREET or R.F.D. NO. *1006 WOODLAWN* | POSTOFFICE *DUNCAN OKLAHOMA* | STATE | ZIP CODE NO. *73533* |
|---|---|---|---|

| 16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? Yes ☒ No ☐ | 16b. DATE TEST MADE *DEC 20-68* | 16c. IF NO TEST, STATE REASON THEREFORE |
|---|---|---|

| 17. WEIGHT OF CHILD AT BIRTH *8* LBS. *7* OZS. | 18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? Yes ☒ No ☐ |
|---|---|

| I hereby certify that this child was born alive on the date stated above. | 19a. SIGNATURE OF ATTENDANT *D.C. Ryan M.D* | 19b. DATE SIGNED *AUGUST 4, 1969* |
|---|---|---|
| | 19a. NAME OF ATTENDANT (Print or Type) *D.C. RYAN M.D* | 19c. ATTENDANT AT BIRTH M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ (Specify) |

| 19d. ADDRESS OF ATTENDANT STREET or R.F.D NO *1205 NORTH 10TH* | POSTOFFICE *DUNCAN OKLAHOMA* | STATE | ZIP CODE NO. *73533* |
|---|---|---|---|

| 20a. DATE REC'D BY LOCAL REG. *8/8/69* | 20b. LOCAL REGISTRAR'S SIGNATURE *Jim A. Strange* | 21. DATE RECEIVED BY STATE REGISTRAR *AUG 2 5 1969* |
|---|---|---|

| THIS LINE FOR USE OF STATE REGISTRAR | 22a. DATE CORRECTIONS MADE | 22b. ITEMS CORRECTED | 22c. AUTHORITY | 22d. CLERK |
|---|---|---|---|---|

FOR VALUE RECEIVED
PLEASE ADJUST
AND RELEASE ALL
PRODUCTS, ACCOUNTS
AND ORDERS TO ME
(S) *Faith Marie McPhail* ERM 44-062-0
INVOICE# 5-17-CR-000816

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Thursday, July 7, 2022 11:18:43 AM

Exhibit "C"

## AFFIDAVIT OF TRUTH

AFFIDAVIT OF TRUTH

"Indeed, no more than (Affidavits) is necessary

To make the prima facie case."

United States v. Kis, 658 F 2ⁿᵈ, 526, 536, (7th Cir. 1981; Cert;

Denied, 50 U.S. L.W. 2169; S. Ct March 22, 1982)

That I, Shonna Lynn Calaway©, a living breathing woman, being duly sworn, depose and say and declare by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.

That the Affiant is a flesh and blood woman and is Sovereign in a collective capacity with other sovereigns.

That, the Affiant's rights "... existed by law of the land antecedent to the organization of the State." (Hale v. Henkel, 201 U.S. 43).

That, the Affiant's rights exist even in the light of the U.S. Bankruptcy: aka **The National Emergency** and that **includes the right of redemption**.

That, Affiant is "of the people" and is above the corporate government called "State of TEXAS"/UNITED STATES OF AMERICA, operating in a **de-facto-bankrupt capacity/status.**

That, Affiant filed a U.C.C. Financing Statement (UCC-1) U.C.C. Filing **20222077047, to perfect a Security interest to initiate redemption as a matter of right**.

That, the Affiant caused to be filed a Security Interest and Lien upon the property of the DEBTOR and in the DEBTOR'S, name filed in line and first in time, over and above the State of TEXAS /UNITED STATES OF AMERICA and that all **property is exempt from levy.**

That the STATE OF TEXAS/UNITED STATES OF AMERICA, cannot show nor provide a superior interest in said property and/or Instruments upon the Security Agreement held by the Affiant. (See for reference: Wynehamer v. People, 13 NY 378 (1856))

Page **11**

That, the Affiant/Secured Party is flesh and blood and the corporate fiction/DEBTOR/SHONNA LYNN CALAWAY ENS legis as appearing upon any UCC filing is "artificial" and was created in the contemplation of law (commerce) AS THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.

That, any discrimination, or injury caused by the STATE OF TEXAS/UNITED STATES OF AMERICA and/or Agent(s) to recognize the two distinct entities, the real one and the other "artificial" agrees to such injuries and to the **associated damages as established by the Affiant and the State, by and through its Agent's by said agreement, is estopped from defense or rebuttal in the matter and AGREES that the Affiant may proceed by Tort for Damages.**

That, this Affiant if not rebutted point for point by Any Agent, representing **the State of TEXAS /UNITED STATES OF AMERICA**, at any level, **in any matter**, within (15) days upon receipt, **these facts stand as True in both the private and public record ... AS TRUE.**

NOTE: Maxim of Law; 1; In Commerce-Truth is Sovereign. 2. for a matter to be resolved. It must be expressed. 3. Point of Law; Silence equates to agreement.

Further Affiant Sayeth Not.

Executed by my own hand on this /4 day of _August_ , 202 2 .

"without prejudice"

*Shonna-Lynn: Calaway*

Shonna -Lynn: Calaway © Affiant, Authorized Representative

Attorney-In-Fact

In behalf of SHONNA LYNN CALAWAY©, ENS legis

**Exhibit "D"**

## COPY OF DISCHARGED BONDS

| **BID BOND** | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB Control Number: 9000-0045 |
|---|---|---|
| *(See instructions on reverse)* | 10/25/2017 | Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

Shonna Lynn Calaway
1205 Texas Avenue Room 209
Lubbock, Texas [79401]

**TYPE OF ORGANIZATION** *("X" one)*

[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER *(Specify)*

**STATE OF INCORPORATION**
Oklahoma - 135-69-025361

**SURETY(IES)** *(Name and business address)*

Shonna Lynn Calaway
Depository Trust Company
55 Water St. New York, New York [10041-0099]

| PERCENT OF BID PRICE | PENAL SUM OF BOND | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| | AMOUNT NOT TO EXCEED | | | | INVITATION NUMBER  5:17-CR-00081-C-1 | |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | BID DATE | |
| | | | | | FOR *(Construction, Supplies or Services)* | |

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has submitted the bid identified above.

**THEREFORE:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

**WITNESS:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| | | PRINCIPAL | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *Shonna Lynn Calaway* (Seal) | 2. *[Notary seal: Michael Garner, My Commission Expires 03/08/2023, ID No. 131923392]* (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. CALAWAY SHONNA LYNN | 2. | | |

**INDIVIDUAL SURETY(IES)**

| | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Shonna Lynn Calaway* (Seal) | 2. *[Notary seal: Michael Garner, My Commission Expires 03/08/2023, ID No. 131923392]* (Seal) | (Seal) |
| NAME(S) (Typed) | 1. SHONNA LYNN CALAWAY | 2. | |

**CORPORATE SURETY(IES)**

| SURETY A | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 24 (REV. 8/2016)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**

| PAYMENT BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br><br>10/25/2017 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address)<br><br>Shonna Lynn Calaway<br>1205 Texas Avenue Room 209<br>Lubbock, Texas [79401] | TYPE OF ORGANIZATION ("X" one)<br><br>[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE<br>[ ] CORPORATION  [ ] OTHER (Specify)<br><br>STATE OF INCORPORATION<br>Oklahoma - 135-69-025361 |
|---|---|

| SURETY(IES) (Name(s) and business address(es))<br><br>Depository Trust Company<br>55 Water St.<br>New York, New York [10041-0099] | PENAL SUM OF BOND |  |  |
|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE<br><br>10/25/2017 | CONTRACT NUMBER<br><br>5:17-CR-00081-C-1 | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | |
|---|---|---|
| SIGNATURE(S) | 1. *Shonna Lynn* (Seal) | 2. (Seal) | 3. Michael Garner, My Commission Expires 03/08/2023, ID No. 131923353 Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. |

| INDIVIDUAL SURETY(IES) | |
|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV. 8/2016) BACK

# AFFIDAVIT OF INDIVIDUAL SURETY
### (See instructions on reverse)

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF Texas | COUNTY OF Tarrant | SS. |
|---|---|---|

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

**1. NAME** *(First, Middle, Last) (Type or Print)*
Shonna Lynn Calaway

**3. TYPE AND DURATION OF OCCUPATION**
Surety/Lifetime

**2A. HOME ADDRESS** *(Number, Street, City, State, ZIP Code)*

**2B. TELEPHONE NUMBER** | **2C. EMAIL ADDRESS**

**4A. NAME AND ADDRESS OF EMPLOYER** *(Number, Street, City, State, ZIP Code) (If self-employed, so state)*
Self Employed/Texas

**5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED** *(Number, Street, City, State, ZIP Code)*
Depository Trust Company
55 Water St.
New York, New York [10041-0099]

**5B. SURETY BROKER EMAIL ADDRESS**

**4B. EMPLOYER EMAIL ADDRESS**

**5C. HOME TELEPHONE NUMBER** | **5D. BUSINESS TELEPHONE NUMBER**

**6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY** *(Number, Street, City, State, ZIP Code)*

**6B. FINANCIAL INSTITUTION EMAIL ADDRESS**

**6C. ROUTING TRANSIT NUMBER (RTN)**

**6D. CONTACT PERSON NAME**

**6E. CONTACT PERSON TELEPHONE NUMBER**

**6F. CONTACT PERSON EMAIL ADDRESS**

**7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND.** *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

5:17-CR-00081-C-1 - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

Birth Certificate Oklahoma - 135-69-025361 - and Social Security - 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; Bond Number C2692578; Non-Negotiable set off 135-69-025361; Deposited with the Unites States Treasury

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 28 (REV. 2/2021)**
Prescribed by GSA-FAR (48 CFR) 53.228(e)

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

Federal United States District Court of Texas; Attn: Clerk; 5:17-CR-00081-C-1 - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

Bid Bond issued by Federal United States District Court of Texas; Attn: Clerk; 5:17-CR-00081-C-1 - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

## DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
|---|---|

*Shanna Lynn Calaway*

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* |
|---|---|---|---|
| MONTH | DAY | YEAR | |
| AUGUST | 5 | 2022 | FORT WORTH TX |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
|---|---|---|
| MICHAEL GARNER   NOTARY | *michael* | 3/8/2022 |

Michael Garner
My Commission Expires
03/08/2023
ID No. 131923392
Official Seal

STANDARD FORM 28 (REV. 2/2021) PAGE 2

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**STANDARD FORM 28** (REV. 2/2021) **PAGE 3**

| **PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 10/25/2017 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2022** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) Shonna Lynn Calaway 1205 Texas Avenue Room 209 Lubbock, Texas [79401] | TYPE OF ORGANIZATION ("X" one) |
|---|---|

TYPE OF ORGANIZATION ("X" one)
[X] INDIVIDUAL    [ ] PARTNERSHIP
[ ] JOINT VENTURE    [ ] CORPORATION

STATE OF INCORPORATION
Oklahoma - 135-69-025361

| SURETY(IES) (Name(s) and business address(es)) Shonna Lynn Calaway Depository Trust Company 55 Water St. New York, New York [10041-0099] | PENAL SUM OF BOND |
|---|---|

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE 10/25/2017 | CONTRACT NUMBER 5:17-CR-00081-C-1 |
|---|---|
| OPTION DATE | OPTION NUMBER |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. Shonna Lynn Calaway (Seal) | (Seal) | Corporate Seal |
|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. CALAWAY SHONNA LYNN | | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. Shonna Lynn Colaway (Seal) | 2. | (Seal) |
|---|---|---|---|
| NAME(S) (Typed) | 1. SHONNA LYNN CALAWAY | 2. | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 1418 (REV. 2/1999)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 2/1999) **BACK**

**REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND**
*(See instructions on reverse)*

| OMB Control Number: 9000-0045 |
| Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW. Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Shonna Lynn Calaway | |
| 1205 Texas Avenue Room 209 | 10/25/2017 |
| Lubbock, Texas [79401] | 1B. STATE OF INCORPORATION |
| | Oklahoma - 135-69-025361 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
|---|---|
| Depository Trust Company | |
| 55 Water St. | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| New York, New York [10041-0099] | 10/25/2017 |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE | 3C. CONTRACT NUMBER | 4B. DATE OF BOND | 4C. BOND NUMBER |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL* | |
| 3E. CONTRACTING AGENCY | | 4E. STATE OF INCORPORATION *(if Corporate Principal)* | |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to es the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

**TERMS AND CONDITIONS:**

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

**WITNESS:**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

| *Items 1, 2, 4D - Furnish legal name, business address and ZIP Code. | (Over) | |
|---|---|---|
| AUTHORIZED FOR LOCAL REPRODUCTION | | STANDARD FORM 273 (REV. 4/2013) |
| *Previous edition is NOT usable* | | Prescribed by GSA - FAR (48 CFR) 53.228(h) |

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
| *Shonna Lynn Calaway* | *Michael* | Michael Garner My Commission Expires 03/08/2023 Corporate ID No. 131023392 Seal Notary |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| SHONNA LYNN CALAWAY | Michael Garner | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
| *Shonna Lynn Calaway* | *Michael* | Michael Garner My Commission Expires 03/08/2023 Corporate ID No. 131023392 Seal Notary |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| SHONNA LYNN CALAWAY | Michael Garner Notary | |

### INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

## REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND
*(See Instructions on reverse)*

**OMB Control Number:** 9000-0045
**Expiration Date:** 8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| | |
|---|---|
| **1. DIRECT WRITING COMPANY\*** <br><br> Shonna Lynn Calaway <br> 4151 Oakcrest Lane <br> Ft. Worth, Texas [76126] | **1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT** <br> 10/25/2017 <br><br> **1B. STATE OF INCORPORATION** <br><br> Oklahoma - 135-69-025361 |
| **2. REINSURING COMPANY\*** <br><br> Depository Trust Company <br> 55 Water St. <br> New York, New York [10041-0099] | **2A. AMOUNT OF THIS REINSURANCE** <br> $ <br><br> **2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT**    10/25/2017 <br><br> **2C. STATE OF INCORPORATION** |

| **3. DESCRIPTION OF CONTRACT** | | **4. DESCRIPTION OF BOND** |
|---|---|---|
| **3A. AMOUNT OF CONTRACT** | | **4A. PENAL SUM OF BOND** |
| **3B. CONTRACT DATE** | **3C. CONTRACT NUMBER** | **4B. DATE OF BOND**    **4C. BOND NUMBER** |
| **3D. DESCRIPTION OF CONTRACT** <br><br> Performance Bond <br> Case No: 5:17-CR-00081-C-1 <br> Federal United States District Court of Texas <br> Attn: Clerk <br> 1205 Texas Avenue Room 209 <br> Lubbock, Texas [79401] | | **4D. PRINCIPAL\*** <br><br> Shonna Lynn Calaway <br> C/O: 4151 Oakcrest Lane <br> Ft. Worth, Texas [76126] |
| **3E. CONTRACTING AGENCY** | | **4E. STATE OF INCORPORATION** *(If Corporate Principal)* |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract referred to above (hereinafter referred to as "laborers and materialmen" in the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen" the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

**THEREFORE:**

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*\*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.*                    *(Over)*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 274 (REV. 4/2013)**
Prescribed by GSA - FAR (48 CFR) 53.228(i)

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | [Notary seal: Michael Garner, My Commission Expires 03/06/2025, ID No. 131923392] Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)* SHONNA LYNN CALAWAY | (2) NAME AND TITLE *(Typed)* Michael Garner    Notary | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | [Notary seal: Michael Garner, My Commission Expires 03/06/2025, ID No. 131923392] Corporate Seal |
| 6B. (1) NAME AND TITLE *(Typed)* SHONNA LYNN CALAWAY | (2) NAME AND TITLE *(Typed)* Michael Garner    Notary | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 274 (REV. 4/2013) BACK

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES
*(See instructions on reverse)*

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Shonna Lynn Calaway<br>4151 Oakcrest Lane<br>Ft. Worth, Texas [76126] | 10/25/2017 |
| | 1B. STATE OF INCORPORATION |
| | Oklahoma - 135-69-025361 |
| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
| Depository Trust Company<br>55 Water St.<br>New York, New York [10041-0099] | |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 10/25/2017 |
| | 2C. STATE OF INCORPORATION |

## 3. DESCRIPTION OF BOND

3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)*

Payment Bond
Payment Settlement of Contract
Federal United States District Court of Texas
Attn: Clerk
1205 Texas Avenue Room 209
Lubbock, Texas [79401]

3B. PENAL SUM OF BOND
$

| 3C. DATE OF BOND | 3D. BOND NUMBER |
|---|---|
| 10/25/2017 | 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/C2692578 |

3E. PRINCIPAL*

Shonna Lynn Calaway
C/O: 4151 Oakcrest Lane
Ft. Worth, Texas [76126]

3F. STATE OF INCORPORATION *(If Corporate Principal)*

## AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

## TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

## THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

## WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument. and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 275 (REV. 10/1998)**
Prescribed by GSA-FAR (48 CFR) 53.228(j)

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
| _Shonna Lynn Calaway_ | _Michael_ | |
| 4B.(1). NAME AND TITLE (Typed) | 4B.(2). NAME AND TITLE (Typed) | Michael Garner<br>My Commission Expires<br>03/08/2023<br>ID No. 131923392 |
| SHONNA LYNN CALAWAY | Michael Garner Notary | Corporate Seal |

| 5. REINSURING COMPANY | | |
|---|---|---|
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
| _Shonna Lynn Calaway_ | _Michael_ | |
| 5B.(1). NAME AND TITLE (Typed) | 5B.(2). NAME AND TITLE (Typed) | Michael Garner<br>My Commission Expires<br>03/08/2023<br>ID No. 131923392 |
| SHONNA LYNN CALAWAY | Michael Garner Notary | Corporate Seal |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

**STANDARD FORM 275** (REV. 10/1998) **BACK**

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____Shonna Lynn Calaway_____, of _____Oklahoma - 135-69-025361_____, by a bond
            (Name)                                    (Place of Residence)
for the performance of U.S. Government Contract Number _____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_____,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number _____5:17-CR-00081-C-1_____ on deposit

at _____Federal United States District Court of Texas, Attn: Clerk_____
                        (Name of Financial Institution)

located at _____1205 Texas Avenue Room 209 Lubbock, Texas [79401]_____, and
                        (Address of Financial Institution)

Whereas I, _____Shonna Lynn of the Calaway family_____, being a duly authorized
representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

Federal United States District Court of Texas, Attn: Clerk; 5:17-CR-00081-C-1 - See GSA FORMS; sf
24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

_____Federal United States District Court of Texas, Attn: Clerk_____.
                        (Name of Financial Institution)

[Date]  *August 5, 2022*          [Signature] *Shonna Lynn Calaway*

                                  Seal

        Michael Garner
        My Commission Expires
        03/08/2023
        ID No. 131923392

                                  Prescribed by GSA-FAR (48 CFR) 53.228(o)

AUTHORIZED FOR LOCAL REPRODUCTION

5/6/23

Attn Clerk:

Please send filed discharged copies to:

C/O Shonna Calaway #56251-177
FMC Carswell
P.O. Box 27137
Fort Worth, TX [76127]

Thanks for your assistance.

This was sent
Aug. 14th 2022

## **Certificate of Service**

I, Shonna Lynn Calaway sent one set of Discharge via Certified Mail to as follows:

U.S.D.C. Northern District of Texas Lubbock Division

    U.S.D.C. Northern District of Texas

    Lubbock Division

    ATTN: Clerk

    1205 Texas Ave Room 209

    Lubbock Texas [79401]

USPS Certified Mail Number: _9481 7036 9930 0042 4447 73_

On this _14_ day of _August_ , 2022.

_Shonna Lynn Calaway (Mc Phail)_

Shonna Lynn Calaway [McPhail]

C/O: 4151 Oakcrest Ln.

Fort Worth Texas [76126]

Page 5

PRESS FIRMLY TO SEAL                    PRESS FIRMLY TO SEAL                    PRIORITY MAIL
                                                                              FLAT RATE
                                                                              POSTAGE REQUIRED


**UNITED STATES POSTAL SERVICE**®


RECEIVED
MAY 1 0 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# PRIORITY® MAIL


X-RAY

- ∗Date of delivery specified∗
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.∗
- Order supplies online.∗
- When used internationally, a customs declaration label may be required.

  ∗ Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

P S00001000014

---


**UNITED STATES POSTAL SERVICE**®    **Click-N-Ship**®

9410 8036 9930 0160 5370 80 0129 0000 0017 6102

**P**    usps.com
$12.99
US POSTAGE
Flat Rate Env
Signature
Confirmation

**U.S. POSTAGE PAID**

05/08/2023    Mailed from 76127    9857579764666



## PRIORITY MAIL®

SHIONNA L CALAWAY
FMC CARSWELL #56251-177
PO BOX 27137
FORT WORTH TX 76127-0137

Expected Delivery Date: 05/10/23

**0000**

SIGNATURE REQUIRED    **C024**


CLERK
UNITED STATES DIST. COURT
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

---

**USPS SIGNATURE TRACKING #**



9410 8036 9930 0160 5370 80

---

Electronic Rate Approved #038555749    

---

※ Domestic only.    ※ For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.